IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL HARNESS                                                                              PLAINTIFF

V.                                        CASE NO. 16-CV-04114

LIBERTY MUTUAL FIRE INSURANCE COMPANY                               DEFENDANT

## ORDER

Before the Court is a Joint Motion to Stay Pending Resolution of Motion to Remand and Motion to Set Aside Default Judgment. ECF No. 25. The Parties ask the Court to "temporarily stay and suspend all deadlines contained in [the] Initial Scheduling Order until such time that the Court has entered an Order on the . . . pending [Motion to Remand (ECF No. 18) and Motion to Set Aside Default Judgment (ECF No. 22)]." ECF No. 25, p. 2. The Parties claim that "[w]ithout a stay of discovery and other deadlines, the Parties run the risk of potentially expending time and expense on the development of discovery issues which may need not be developed at all." ECF No. 26, p. 3.

Although the Court's determinations regarding the currently pending Motion to Remand (ECF No. 18) and Motion to Set Aside Default Judgment (ECF No. 22) will likely have a significant impact on the proceedings and scope of discovery, a stay is not necessary. However, an extension of the present deadlines is appropriate and will remedy the Parties' concerns. As such, the Court finds that the Parties' Joint Motion to Stay Pending Resolution of Motion to Remand and Motion to Set Aside Default Judgment (ECF No. 25) should be and hereby is **DENIED**.

Furthermore, the deadline by which the Parties must hold their Rule 26(f) conference is hereby extended. The Parties are jointly responsible for holding their Rule 26(f) conference within thirty (30) days after the entry of this Court's Orders regarding the currently pending Motion to Remand (ECF No. 18) and Motion to Set Aside Default Judgment (ECF No. 22). The Parties must file their Joint Rule 26(f) Report within twenty-one (21) days of holding their Rule 26(f) conference,

**IT IS SO ORDERED**, this 20th day of January, 2017.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge