IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL HARNESS                                                                                          PLAINTIFF

V.                                          CASE NO. 16-CV-04114

LIBERTY MUTUAL FIRE INSURANCE COMPANY                                      DEFENDANT

## ORDER

Currently pending before the Court are Plaintiff's Motion to Remand (ECF No. 18) and Defendant's Motion to Set Aside Default Judgment (ECF No. 22). The parties have submitted an Agreed Order to the Court by which the parties seek to resolve these pending motions. Based on the terms agreed to by the parties, the Court finds that:

(1) Defense Counsel, Stuart Miller, will accept service of process on behalf of Defendant Liberty Mutual, thereby curing any defects related to service of process upon Defendant;

(2) Plaintiff Harness's Motion to Remand (ECF No. 18) is withdrawn and the Clerk of Court is directed to terminate that Motion; and

(3) Defendant's Motion to Set Aside Default Judgment (ECF No. 22) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 27th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge