IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL HARNESS                                                                                       PLAINTIFF

V.                                        CASE NO. 16-CV-04114

LIBERTY MUTUAL FIRE INSURANCE COMPANY                                      DEFENDANT

## JUDGMENT

The Court has been notified that all claims in this case have been settled. Thus, it appears to the Court that it is not necessary that this case remain open upon the Court's docket. The trial scheduled for the week of April 16, 2018, is cancelled.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. Each party shall bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.

The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 25th day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge